United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC., § § § § Plaintiff, § § VS. § PACKERS PLUS ENERGY SERVICES, INC. § AND RETEK ENERGY PRODUCTS, LLC, § § Defendants. § | CIVIL ACTION NO. H-16-00019 |

## ORDER ON JOINT MOTION TO STAY

The Joint Motion to Stay, pending the USPTO Patent Trial and Appeal Board (PTAB) decisions in Case Nos. IPR2016-01000, IPR2016-01003, IPR2016-01099, and IPR2016-01100 is granted. If the PTAB denies *inter partes* review on any of the patent claims asserted in this litigation, either party may reinstate those claims to the active docket and reopen the case to that docket by filing a motion to do so within 14 days after the PTAB rules. Claims as to which the PTAB does order *inter partes* review will remain subject to the stay. During the stay, the case is administratively closed. Any pending motion is denied without prejudice subject to reassertion if appropriate after some or all claims are reinstated to the active docket.

SIGNED on July 29, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge